# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEREK PAYNE

NO. 2020 KW 0905

**DECEMBER 21, 2020**

---

In Re:    Derek Payne, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 1403-16.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Iberville Parish reflects the district court granted relator's "Oral Motion for Discovery By the Defendant" on November 9, 2020.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT